

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*        *main: (973) 645-2700*
*Newark, NJ 07104*                         *direct:(973) 297-4390*
*Brooks.Doyne@usdoj.gov*

May 6, 2026

**<u>Via ECF</u>**

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building 50 Walnut Street
Newark, NJ 07102

> Re:  Che-Pop v. Soto, et al., No. 26-cv-4903 (CCC)
>        Joint Request to Transfer Matter

Dear Judge Cecchi:

This Office represents Respondents in the above habeas matter. On May 5, 2026, Respondents raised jurisdictional arguments. ECF 5. In conferring with Petitioner's counsel, Nancy Carina Defferrire-Duffy, Esq., Petitioner consents to this matter being transferred to the Middle District of Pennsylvania. Please accept this correspondence as the parties' joint request for the Court to transfer this matter to the Middle District of Pennsylvania.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:  *s/ Brooks E. Doyne*
       BROOKS E. DOYNE
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:  Counsel of record (by ECF)

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  5/8/2026