**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOSE ALFREDO CHE-POP,

      Petitioner,

      v.

LUIS SOTO, *Warden of Delaney Hall Detention Center*, *et al.*,

      Respondents.

No. 4:26-CV-01247

(Chief Judge Brann)

**ORDER**

**JUNE 15, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Che-Pop's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.    The Government **SHALL** either shall release Che-Pop on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Che-Pop with an individualized bond hearing at which he may present evidence on or before Monday, June 29, 2026;

3.    On or before Friday, July 10, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the

reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk); and

4.     The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge

2